No. 85–5093.   CAREY v. ALFORD, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 85–5096.   COVINGTON v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 85–5097.   CAMPBELL v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 85–5104.   GLASS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–5108.   BURTON v. STOUTS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–5109.   BROCK v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5110.   ROSE v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–5114.   MUSICANT v. TERRY ET AL.   Sup. Ct. Haw. Certiorari denied.

No. 85–5118.   TRACY v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 85–5120.   CANTERO-RODRIGUEZ v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 85–5122.   MORRIS v. ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 85–5123.   LUCERO v. COLORADO STATE BOARD OF LAW EXAMINERS ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 85–5124.   AUSTAD v. RISLEY, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–5125.   LONG v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5128.   FAISON v. MCLEAN TRUCKING CO.   C. A. 4th Cir.   Certiorari denied.